# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4963

_____

DONALD E. THOMAS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.

April 9, 2019

PER CURIAM.

The petition for belated appeal, filed on November 14, 2018, is denied.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Donald E. Thomas, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.